**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6808**

---

PETIT PIERRE,

        Petitioner,

    v.

WARDEN JANSON, FCI Edgefield,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:23-cv-02216-JD)

---

Submitted:  September 28, 2023               Decided:  October 3, 2023

---

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Petit Pierre, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Petit Pierre, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Pierre's 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Pierre v. Janson*, No. 4:23-cv-02216-JD (D.S.C. Aug. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*